

NUMBER 13-19-00462-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN RE FRAUDULENT HOSPITAL LIEN LITIGATION

---

On appeal from the 444th District Court
of Cameron County, Texas.

---

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Perkes
Order Per Curiam**

This cause is currently before the Court because the Second Supplemental Clerk's Record-Volume #2 as filed in this cause contains sensitive and prohibited material. *See* TEX. R. CIV. P. 21c. On November 18, 2020, appellee filed a "Motion for Release of Sealed Portions of Second Supplemental Clerk's Record-Volume #2." Given the exigent nature of this case and its appellate deadlines, *see* TEX. R. APP. P. 53.3, 53.7(d), the Court grants the motion and enters the following order regarding the appellate record. *See* TEX. R. APP. P. 34.1.

The Court ORDERS the sealed record will be provided to counsel on a CD-ROM. The Court ORDERS counsel to treat the CD-ROM as confidential and to safeguard it as an official and original court document. Counsel may not copy, save, or otherwise reproduce the CD-ROM and shall promptly return the CD-ROM to the Court after use. Counsel is ordered to maintain the confidentiality of the information contained in this sealed record and is prohibited from disseminating the sensitive information contained within the sealed record to any person.

Further, counsel is hereby ORDERED to fully comply with the requirements of the appellate rules regarding redaction and the use of aliases as appropriate in preparing and filing appellee's response to appellant's petition for review currently pending before the Texas Supreme Court. *See* TEX. R. APP.P. 53.3, 53.7(d); TEX. R. CIV. P. 21c.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
20th day of November, 2020.